|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| ROGER W. STEWART, JR., | Case No. 3:19-cv-00022-RCJ-WGC |
| Plaintiff | ORDER |
| v. | |
| RENEE BAKER et al., | |
| Defendants | |

**I.  DISCUSSION**

Plaintiff seeks an extension of time to file his financial certificate and inmate account statement. (ECF No. 7). Plaintiff notes that he will be released from prison on February 8, 2019, and will file the documents once he receives those documents from the Nevada Department of Corrections. (*Id.*)

The Court grants Plaintiff's motion for an extension of time (ECF No. 7) in part. When Plaintiff is released from prison, he should file an application to proceed *in forma pauperis* for non-prisoners with the Court instead of an application to proceed *in forma pauperis* for prisoners. The Court grants Plaintiff until Thursday, February 28, 2019 to file an application to proceed *in forma pauperis* for non-prisoners and to change his address with the Court upon release from prison.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 7) is granted in part.

It is further ordered that, after release from prison but on or before Thursday, February 28, 2019, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that, upon release from prison, Plaintiff will file an updated address with the Court on or before Thursday, February 28, 2019.

It is further ordered that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED: January 25, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE