|   |   |
|---|---|
| ROGER W STEWART, JR., <br> Plaintiff <br> v. <br> RENEE BAKER, et al., <br> Defendants | Case No. 3:19-cv-00022-RCJ-WGC <br> ORDER |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**I. DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted two applications to proceed *in forma pauperis* for prisoners. (ECF Nos. 4, 9 at 1-10). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF Nos. 9 at 11-48, 9-1 at 1-49) but will not file it until the matter of the payment of the filing fee is resolved.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 4, 9) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

1    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF Nos. 9 at 11-48, 9-1 at 1-49) but will not file it at this time.

DATED: November 25, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE