UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROGER W. STEWART, JR., <br> Plaintiff, <br> vs. <br> RENEE BAKER, *et al.,* <br> Defendants. | Case No.: 3:19-CV-00022-RCJ-WGC <br><br> ORDER OF DISMISSAL |

On November 25, 2019, this Court entered Order (ECF No. 12) denying Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 4, 9). The Court sent Plaintiff the approved form application to proceed *in forma pauperis*, information and instructions for filing an *in forma pauperis* application and ordered Plaintiff to file a fully complete application to proceed *in forma pauperis*; or (2) pay the full filing fee of $400 within thirty (30) days from November 25, 2019. The Court further ordered that failure to timely comply with Order (ECF No. 12), may result in dismissal of this action.

Plaintiff has failed to show good cause why this action should not be dismissed for failure to comply with Court Order (ECF No. 12). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE for Plaintiffs failure to comply with the Court Order (ECF No. 12).

///

ORDER OF DISMISSAL - 1

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

DATED this 30th day of December, 2019.

_____
ROBERT C. JONES
DISTRICT JUDGE

ORDER OF DISMISSAL - 2